# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                          **Case No. 3:26cr85-TKW**

**JOEL GOMEZ SOTO,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JOEL GOMEZ SOTO, to Count One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 8th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**